IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID MICHAEL AFTON,
ADC # 131152                                                                          PLAINTIFF

v.                        Case No. 4:16-cv-00228-KGB-JJV

BUTLER, Doctor; *et al.*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 14). Plaintiff David Michael Afton has not filed any objections to the Proposed Findings and Recommendations, and the time for filing objections to the Proposed Findings and Recommendations has passed.

After carefully considering them, the Court adopts the Proposed Findings and Recommendations as this Court's findings in all respects (Dkt. No. 14). As a result, the Court dismisses without prejudice Mr. Afton's claims against defendant John Doe. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this the 22nd day of August, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge