IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID MICHAEL AFTON,**
**ADC # 131152**   **PLAINTIFF**

v.   **Case No. 4:16-cv-00228-KGB-JJV**

**BUTLER, Doctor;** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Orders entered on this date, it is considered, ordered, and adjudged, that plaintiff David Michael Afton's allegations in his complaint and amended complaint be dismissed without prejudice.

It is so ordered this the 22nd day of August, 2017.

_____
Kristine G. Baker
United States District Judge